**Fill in this information to identify the case:**

Debtor name    **STRATORISE SOUTH LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **19-15835**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 24, 2019**        X **/s/ M. Val Miller**
                                                Signature of individual signing on behalf of debtor

                                                **M. Val Miller**
                                                Printed name

                                                **Deputy to Robb Evans & Assocs., Court Appointed Receiver**
                                                Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>STRATORISE SOUTH LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number (if known)</td><td><strong>19-15835</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................  $    **1,360,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................  $    **0.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................  $    **1,360,000.00**

---

**Part 2:**   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $    **2,663,939.33**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................  +$    **9,578,127.22**

4.   **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b         $    **12,242,066.55**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>STRATORISE SOUTH LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number (if known)</td><td><strong>19-15835</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **STRATORISE SOUTH LLC**                                    Case number *(If known)*  **19-15835**
         Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **0.68 acres of undeveloped real property located at 1801 S. Las Vegas Blvd., Las Vegas Nevada APN No. 162-03-310-006** | **Fee simple** | **$1,360,000.00** | | **$1,360,000.00** |

56.   **Total of Part 9.**
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

|  |
|---|
| **$1,360,000.00** |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **STRATORISE SOUTH LLC**

Name

Case number *(If known)* **19-15835**

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Schedule A/B Assets - Real and Personal Property

Debtor    **STRATORISE SOUTH LLC**    Case number *(If known)* **19-15835**
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $1,360,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $1,360,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,360,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **STRATORISE SOUTH LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **19-15835**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **Clark County Treasurer** | | |
|---|---|---|---|

Creditor's Name

**500 S. Grand Central Pkwy.
Las Vegas, NV 89106**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Clark County Treasurer
2. Marla, Jonathan, and Harriet Fidler
3. Spring Valley Development LLC
4. Prudential Advances LLC**

Describe debtor's property that is subject to a lien
**0.68 acres of undeveloped real property located at 1801 S. Las Vegas Blvd., Las Vegas Nevada APN No. 162-03-310-006**

Describe the lien
**Real Property Tax Assessment**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$3,939.33**    Value of collateral: **$1,360,000.00**

| 2.2 | **DEPARTMENT OF THE TREASURY** | | |
|---|---|---|---|

Creditor's Name

**INTERNAL REVENUE SERVICE
Ogden, UT 84201-0148**

Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**

Amount of claim: **Unknown**    Value of collateral: **$0.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **STRATORISE SOUTH LLC** | | Case number (*if know*) | **19-15835** |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Marla, Jonathan, and Harriet Fidler** | **Describe debtor's property that is subject to a lien** | **$160,000.00** | **$1,360,000.00** |
|---|---|---|---|---|

Creditor's Name

**c/o Holley Driggs Walch**
**400 S. 4th Street, Suite 300**
**Las Vegas, NV 89101**

Creditor's mailing address

Creditor's email address, if known

**0.68 acres of undeveloped real property located at 1801 S. Las Vegas Blvd., Las Vegas Nevada APN No. 162-03-310-006**

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/18/2019**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.4 | **Prudential Advances LLC** | **Describe debtor's property that is subject to a lien** | **$2,500,000.00** | **$1,360,000.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. BOX 72196**
**Las Vegas, NV 89170**

Creditor's mailing address

Creditor's email address, if known

**0.68 acres of undeveloped real property located at 1801 S. Las Vegas Blvd., Las Vegas Nevada APN No. 162-03-310-006**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/29/2005**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.5 | **Spring Valley Development LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$1,360,000.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **STRATORISE SOUTH LLC** | | Case number (if know) | **19-15835** |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | 0.68 acres of undeveloped real property located at 1801 S. Las Vegas Blvd., Las Vegas Nevada APN No. 162-03-310-006 |
|---|---|

**522 E. Twain Ave.
Las Vegas, NV 89169**

Creditor's mailing address

**Describe the lien**

**Common Law**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**12/28/2017**

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | $2,663,939.33 |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name **STRATORISE SOUTH LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **19-15835**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | **Unknown** | **Unknown** |

**2.1**   Priority creditor's name and mailing address
**Janice McCown**
**213 Breeze St.**
**Las Vegas, NV 89145**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1**   Nonpriority creditor's name and mailing address
**Las Vegas Boulevard High Rise LLC**
**c/o Brian Berman Attorney at Law**
**721 Gass Avenue**
**Las Vegas, NV 89101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,578,127.22**

**3.2**   Nonpriority creditor's name and mailing address
**Liberty Tower Condominiums, LLC**
**c/o Brian Berman Attorney at Law**
**721 Gass Avenue**
**Las Vegas, NV 89101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        53560        Best Case Bankruptcy

| Debtor | **STRATORISE SOUTH LLC** | | Case number (if known) | **19-15835** |
|---|---|---|---|---|
| | Name | | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Osso Blanca St. Las Vegas G.P.**<br>**c/o Brian Berman Attorney at Law**<br>**721 Gass Avenue**<br>**Las Vegas, NV 89101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Robert Ford**<br>**2799 E Tropicana Ave.**<br>**STE H**<br>**Las Vegas, NV 89121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ | **9,578,127.22** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | **9,578,127.22** |

| Fill in this information to identify the case: |
|---|

Debtor name    **STRATORISE SOUTH LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **19-15835**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest    **Development Agreement** | |
|     State the term remaining | |
|     List the contract number of any government contract | **Spring Valley Development LLC**<br>**522 E. Twain Ave.**<br>**Las Vegas, NV 89169** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **STRATORISE SOUTH LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **19-15835**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **DARTMOUTH ENTERPRISES INC** | **2799 E. TROPICANA AVENUE STE H Las Vegas, NV 89121** | **Las Vegas Boulevard High Rise LLC** | ☐ D _____ ■ E/F  **3.1** ☐ G _____ |
| 2.2 **DARTMOUTH ENTERPRISES INC** | **2799 E. TROPICANA AVENUE STE H Las Vegas, NV 89121** | **Liberty Tower Condominiums, LLC** | ☐ D _____ ■ E/F  **3.2** ☐ G _____ |
| 2.3 **DARTMOUTH ENTERPRISES INC** | **2799 E. TROPICANA AVENUE STE H Las Vegas, NV 89121** | **Osso Blanca St. Las Vegas G.P.** | ☐ D _____ ■ E/F  **3.3** ☐ G _____ |
| 2.4 **MICHAEL E. BASH** | **c/o Michael Harker 2901 El Camino Ave., Suite 200 Las Vegas, NV 89102** | **Las Vegas Boulevard High Rise LLC** | ☐ D _____ ■ E/F  **3.1** ☐ G _____ |
| 2.5 **MICHAEL E. BASH** | **c/o Michael Harker 2901 El Camino Ave., Suite 200 Las Vegas, NV 89102** | **Liberty Tower Condominiums, LLC** | ☐ D _____ ■ E/F  **3.2** ☐ G _____ |

| Debtor | **STRATORISE SOUTH LLC** | Case number *(if known)* | **19-15835** |

▉ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.6 | MICHAEL E. BASH | c/o Michael Harker<br>2901 El Camino Ave., Suite 200<br>Las Vegas, NV 89102 | Osso Blanca St. Las Vegas G.P. | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.7 | NINETY FIVE/TWO FIFTEEN CENTER PART TWO | c/o NV State Filing Services LLC<br>2799 E TROPICANA AVENUE STE H<br>Las Vegas, NV 89121 | Las Vegas Boulevard High Rise LLC | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.8 | NINETY FIVE/TWO FIFTEEN CENTER PART TWO | c/o NV State Filing Services LLC<br>2799 E TROPICANA AVENUE STE H<br>Las Vegas, NV 89121 | Liberty Tower Condominiums, LLC | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.9 | NINETY FIVE/TWO FIFTEEN CENTER PART TWO | c/o NV State Filing Services LLC<br>2799 E TROPICANA AVENUE STE H<br>Las Vegas, NV 89121 | Osso Blanca St. Las Vegas G.P. | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.10 | STRATORISE LLC | c/o Robb Evans & Associates LLC<br>3613 S. Eastern Ave., STE 110<br>Las Vegas, NV 89169 | Las Vegas Boulevard High Rise LLC | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.11 | STRATORISE LLC | c/o Robb Evans & Associates LLC<br>3613 S. Eastern Ave., STE 110<br>Las Vegas, NV 89169 | Liberty Tower Condominiums, LLC | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.12 | STRATORISE LLC | c/o Robb Evans & Associates LLC<br>3613 S. Eastern Ave., STE 110<br>Las Vegas, NV 89169 | Osso Blanca St. Las Vegas G.P. | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

| Debtor | **STRATORISE SOUTH LLC** | | Case number *(if known)* | **19-15835** |

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13 | **STRATORISE PART TWO LLC** | c/o Michael E. Bash<br>6600 W CHARLESTON BLVD #136<br>Las Vegas, NV 89146 | **Las Vegas Boulevard High Rise LLC** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.14 | **STRATORISE PART TWO LLC** | c/o Michael E. Bash<br>6600 W CHARLESTON BLVD #136<br>Las Vegas, NV 89146 | **Liberty Tower Condominiums, LLC** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.15 | **STRATORISE PART TWO LLC** | c/o Michael E. Bash<br>6600 W CHARLESTON BLVD #136<br>Las Vegas, NV 89146 | **Osso Blanca St. Las Vegas G.P.** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.16 | **STRATORISE SOUTH II, LLC** | c/o Michael E. Bash<br>4465 S BUFFALO DR #2<br>Las Vegas, NV 89147 | **Las Vegas Boulevard High Rise LLC** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.17 | **STRATORISE SOUTH II, LLC** | c/o Michael E. Bash<br>4465 S BUFFALO DR #2<br>Las Vegas, NV 89147 | **Liberty Tower Condominiums, LLC** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.18 | **STRATORISE SOUTH II, LLC** | c/o Michael E. Bash<br>4465 S BUFFALO DR #2<br>Las Vegas, NV 89147 | **Osso Blanca St. Las Vegas G.P.** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.19 | **YALE ENTERPRISES, INC.** | c/o Michael E. Bash<br>3540 W. SAHARA AVENUE, #167<br>Las Vegas, NV 89102 | **Las Vegas Boulevard High Rise LLC** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |

| Debtor | **STRATORISE SOUTH LLC** | Case number *(if known)* | **19-15835** |
| --- | --- | --- | --- |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |

| 2.20 | **YALE ENTERPRISES, INC.** | c/o Michael E. Bash<br>3540 W. SAHARA AVENUE, #167<br>Las Vegas, NV 89102 | **Liberty Tower Condominiums, LLC** | ☐ D _____<br>■ E/F  __3.2__<br>☐ G _____ |

---

| 2.21 | **YALE ENTERPRISES, INC.** | c/o Michael E. Bash<br>3540 W. SAHARA AVENUE, #167<br>Las Vegas, NV 89102 | **Osso Blanca St. Las Vegas G.P.** | ☐ D _____<br>■ E/F  __3.3__<br>☐ G _____ |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |
| Debtor name    **STRATORISE SOUTH LLC** |
| United States Bankruptcy Court for the:    DISTRICT OF NEVADA |
| Case number (if known)    **19-15835** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For the fiscal year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

| Debtor | **STRATORISE SOUTH LLC** | Case number *(if known)* | **19-15835** |
| --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **Las Vegas Boulevard High Rise LLC vs. Michael Bash**<br>**A-17-760382-C** | | **Eighth Judicial District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Sky Point 95 LLC vs. Spring Valley Development LLC**<br>**A-19-788483-C** | **Other Real Property (dismissed)** | **Eighth Judicial District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Michael Agresti vs. Michael Bash**<br>**A-19-794172-B** | **Equitable receivership** | **Eighth Judicial District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | STRATORISE SOUTH LLC | Case number *(if known)* 19-15835 |
|---|---|---|

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Robb Evans & Associates LLC**<br>3613 S. Eastern Ave., STE 110<br>Las Vegas, NV 89169 | **All assets of debtor** | **Unknown** |
| | **Case title**<br>**Michael Agresti v Michael Bash** | **Court name and address**<br>**Eighth Judicial District** |
| | **Case number**<br>**A-19-794172-B** | **Court**<br>**Clark County, Nevada** |
| | **Date of order or assignment**<br>**06/10/2019** | |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Michael Lynch**<br>3613 S. Eastern Ave.<br>Las Vegas, NV 89169 | | 9/4/2019 | $2,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Receivership estate** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

| Debtor | **STRATORISE SOUTH LLC** | Case number *(if known)* | **19-15835** |
|---|---|---|---|

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **STRATORISE SOUTH LLC** | Case number *(if known)* **19-15835** |
|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | STRATORISE SOUTH LLC | Case number (if known) | 19-15835 |

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **CAMPBELL JONES COHEN CPAs**<br>**Attn: Stephanie Foreman**<br>**7848 W. Sahara Ave.**<br>**Las Vegas, NV 89117** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Robert Ford**<br>**2799 E Tropicana Ave.**<br>**STE H**<br>**Las Vegas, NV 89121** | |
| 26c.2. | **Michael Bash**<br>**c/o Michael Harker**<br>**2901 El Camino Ave., #200**<br>**Las Vegas, NV 89102** | |
| 26c.3. | **Robb Evans & Associates LLC**<br>**3613 S. Eastern Ave., STE 110**<br>**Las Vegas, NV 89169** | **Robb Evans & Associates was appointed as a court appointed receiver on June 10, 2019. The debtor's books of accounts and records were incomplete and/or missing.** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **STRATORISE SOUTH LLC**

Case number *(if known)* **19-15835**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Robert Ford | 2799 E Tropicana Ave. STE H Las Vegas, NV 89121 | Putative manager | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael Bash | c/o Michael Harker 2901 El Camino Ave., #200 Las Vegas, NV 89102 | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

Debtor   **STRATORISE SOUTH LLC**                                            Case number *(if known)*  **19-15835**

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 24, 2019**

| **/s/ M. Val Miller** | **M. Val Miller** |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor   **Deputy to Robb Evans & Assocs., Court Appointed Receiver**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re   **STRATORISE SOUTH LLC**                                                    Case No.   **19-15835**
_____
                                    Debtor(s)                                       Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____   $ _____ **2,000.00**

     Prior to the filing of this statement I have received _____   $ _____ **2,000.00**

     Balance Due _____   $ _____ **0.00**

2.   The source of the compensation paid to me was:

     ☐ Debtor        ☒ Other (specify):     **Receivership estate**

3.   The source of compensation to be paid to me is:

     ☒ Debtor        ☐ Other (specify):

4.   ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

     **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
     reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
     522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September 24, 2019**                                   **/s/ Michael F. Lynch**
_____                         _____
*Date*                                                  **Michael F. Lynch**
                                                        *Signature of Attorney*
                                                        **Lynch Law Practice, PLLC**
                                                        **3613 S. Eastern Ave.**
                                                        **Las Vegas, NV 89169**
                                                        **702.684.6000  Fax: 702.543.3279**
                                                        **michael@lynchlawpractice.com**
                                                        _____
                                                        *Name of law firm*

---

## United States Bankruptcy Court
### District of Nevada

In re    **STRATORISE SOUTH LLC**        Case No.    **19-15835**

Debtor(s)        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Deputy to Robb Evans & Assocs., Court Appointed Receiver of the corporation named as the debtor in this case, hereby verify

that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 24, 2019**        **/s/ M. Val Miller**

**M. Val Miller**/**Deputy to Robb Evans & Assocs., Court Appointed
Receiver**
Signer/Title

.

STRATORISE SOUTH LLC
9075 W DIABLO DR 3RD FLR
Las Vegas, NV 89148

Michael F. Lynch
Lynch Law Practice, PLLC
3613 S. Eastern Ave.
Las Vegas, NV 89169

Clark County Treasurer
500 S. Grand Central Pkwy.
Las Vegas, NV 89106

DARTMOUTH ENTERPRISES INC
2799 E. TROPICANA AVENUE STE H
Las Vegas, NV 89121

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
Ogden, UT 84201-0148

Janice McCown
213 Breeze St.
Las Vegas, NV 89145

Las Vegas Boulevard High Rise LLC
c/o Brian Berman Attorney at Law
721 Gass Avenue
Las Vegas, NV 89101

Liberty Tower Condominiums, LLC
c/o Brian Berman Attorney at Law
721 Gass Avenue
Las Vegas, NV 89101

Marla, Jonathan, and Harriet Fidler
c/o Holley Driggs Walch
400 S. 4th Street, Suite 300
Las Vegas, NV 89101

MICHAEL E. BASH
c/o Michael Harker
2901 El Camino Ave., Suite 200
Las Vegas, NV 89102

NINETY FIVE/TWO FIFTEEN CENTER PART TWO
c/o NV State Filing Services LLC
2799 E TROPICANA AVENUE STE H
Las Vegas, NV 89121

Osso Blanca St. Las Vegas G.P.
c/o Brian Berman Attorney at Law
721 Gass Avenue
Las Vegas, NV 89101

Prudential Advances LLC
P.O. BOX 72196
Las Vegas, NV 89170

Robert Ford
2799 E Tropicana Ave.
STE H
Las Vegas, NV 89121

Spring Valley Development LLC
522 E. Twain Ave.
Las Vegas, NV 89169

STRATORISE LLC
c/o Robb Evans & Associates LLC
3613 S. Eastern Ave., STE 110
Las Vegas, NV 89169

STRATORISE PART TWO LLC
c/o Michael E. Bash
6600 W CHARLESTON BLVD #136
Las Vegas, NV 89146

STRATORISE SOUTH II, LLC
c/o Michael E. Bash
4465 S BUFFALO DR #2
Las Vegas, NV 89147

YALE ENTERPRISES, INC.
c/o Michael E. Bash
3540 W. SAHARA AVENUE, #167
Las Vegas, NV 89102