Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail:        bkfilings@s-mlaw.com
*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>STRATORISE SOUTH LLC,<br><br>                        Debtor. | Case No.  BK-S-19-15835-ABL<br><br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER DENYING MOTION FOR AN ORDER THAT PROCEEDS FROM SALE OF 1801 LAS VEGAS BOULEVARD SOUTH TO BE PAID TO ARTS DISTRICT REAL ESTATE #1, LLC** |

NOTICE IS HEREBY GIVEN that an *Order Denying Motion For An Order That Proceeds From Sale Of 1801 Las Vegas Boulevard South To Be Paid To Arts District Real Estate #1, LLC* [ECF 93] was entered on February 5, 2021, a copy of which is attached hereto.

Dated this 5th day of February, 2021.

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones, Blvd., Suite 1
Las Vegas, NV 89146
*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

1. I caused to be served the following document:

    a. Notice of Entry of Order Denying Motion For An Order That Proceeds From Sale Of 1801 Las Vegas Boulevard South To Be Paid To Arts District Real Estate #1, LLC.

2. I served the above-named document(s) by the following means to the persons as listed below:

■ a. **By ECF System (On 02/05/2021):**

ROBERT E. ATKINSON on behalf of Creditor SPRING VALLEY DEVELOPMENT, LLC

robert@nv-lawfirm.com, bknotices@nv-lawfirm.com

ROBERT E. ATKINSON on behalf of Plaintiff SPRING VALLEY DEVELOPMENT, LLC

robert@nv-lawfirm.com, bknotices@nv-lawfirm.com

COREY B. BECK on behalf of Debtor STRATORISE SOUTH LLC

becksbk@yahoo.com

JASON A. IMES on behalf of Trustee SHELLEY D KROHN

bkfilings@s-mlaw.com

SHELLEY D KROHN

shelley@trusteekrohn.com,

NV27@ecfcbis.com;becca@trusteekrohn.com;jan@trusteekrohn.com;candace@trusteekrohn.com

MICHAEL F LYNCH on behalf of Debtor STRATORISE SOUTH LLC

Michael@LynchLawPractice.com, lynchonline@gmail.com

JEANETTE E. MCPHERSON on behalf of Trustee SHELLEY D KROHN

bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 7

USTPRegion17.LV.ECF@usdoj.gov

☐ b. **By United States First Class postage fully prepaid:**

☐ c. **By United States Certified Mail postage fully prepaid**:

☐ d. **By Personal Service**

1  ☐   I personally delivered the document(s) to the persons at these addresses:

2  ☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐   e.   **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐   f.   **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐   g.   **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:   February 5, 2021.

| Janice Dunnam | /s/ Janice Dunnam |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |



Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
February 05, 2021

Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:      (702) 228-7590
Facsimile:       (702) 892-0122
E-Mail:           bkfilings@s-mlaw.com
*Counsel for Shelley D. Krohn, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>STRATORISE SOUTH LLC,<br><br>Debtor(s). | Case No. BK-S-19-15835-ABL<br><br>Chapter 7<br><br>**ORDER DENYING MOTION FOR AN ORDER THAT PROCEEDS FROM SALE OF 1801 LAS VEGAS BOULEVARD SOUTH TO BE PAID TO ARTS DISTRICT REAL ESTATE #1, LLC**<br><br>Hearing Date:  February 3, 2021<br>Hearing Time:  9:30 a.m. |
|---|---|

The Motion For An Order That Proceeds From Sale Of 1801 Las Vegas Boulevard South To Be Paid To Arts District Real Estate #1, LLC ("Motion") having come before this Court on February 3, 2021; Shelley D. Krohn, the Chapter 7 Trustee (the "Trustee"), appearing by and through her counsel, Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, Arts District Real Estate #1, LLC ("Arts District") appearing by and through its counsel, Corey Beck, Esq. of The Law Office Of Corey B. Beck, P.C., Spring Valley Development LLC, appearing by and through its counsel Robert Atkinson, Esq. of Atkinson Law Associates Ltd.; the Court having reviewed the Motion and opposition filed; the Court having granted the Trustee's Request For Judicial Notice; the Court having heard the argument of the parties; the Court having made its

findings of fact and conclusions of law on the record which are incorporated herein pursuant to Fed. R.Civ. P. 52, made applicable by Fed.R.Bankr. P. 9014 and 7052; and for good cause shown, it is hereby

**ORDERED** that the Motion For An Order That Proceeds From Sale Of 1801 Las Vegas Boulevard South To Be Paid To Arts District Real Estate #1, LLC is DENIED in its entirety; and it is further

**ORDERED** that Arts District does not hold a lien against the Debtor, the property located at 1801 Las Vegas Boulevard S., Las Vegas, Nevada, or against the proceeds from the sale of this property; and it is further

**ORDERED** that nothing in this order shall affect the claims asserted in the proofs of claim filed by the Arts District (the "Claims"), the right of any party to file an objection(s) to the Claims, or the determination of the Claims.

| Submitted by: | Approved / Disapproved |
|---|---|
| /s/ Jeanette E. McPherson | /s/ Robert Atkinson |
| Jeanette E. McPherson, Esq. | Robert Atkinson, Esq. |
| Schwartzer & McPherson Law Firm | Atkinson Law Associates Ltd. |
| 2850 South Jones Boulevard, Suite 1 | 376 E. Warm Springs Rd., Suite 130 |
| Las Vegas, NV 89146 | Las Vegas, NV 89119 |
| *Counsel for Shelley D. Krohn, Trustee* | *Counsel for Spring Valley Development, LLC* |

Approved / Disapproved

/s/ Corey B. Beck
Corey B. Beck, Esq.
The Law Office of Corey B. Beck, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
*Counsel for Arts District Real Estate #1, LLC*

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm

### ###